FILED
JUL 3 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 19 CR 549 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, Section 1703(b) |
| | ) | |
| MARIALUZ LANAUSSE | ) | |

MAGISTRATE JUDGE VALDEZ

The UNITED STATES ATTORNEY charges:

On or about November 1, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

MARIALUZ LANAUSSE,

defendant herein, being a postal employee, without authority, delayed mail not directed to her, namely, one piece of first class mail addressed to K.J.;

In violation of Title 18, United States Code, Section 1703(b).

_____
UNITED STATES ATTORNEY